

## CAUSE NO. 12-14-00015-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | } | **ORIGINAL PROCEEDING** |
| **IN RE: MAX B. HANSON, RELATOR** | } | **FROM COUNTY COURT AT LAW #1** |
|  | } | **IN AND FOR ANGELINA COUNTY, TEXAS** |

---

### *PER CURIAM ORDER*

In this original mandamus proceeding, Max B. Hanson complains of the trial court's November 13, 2013 order granting the motion of Marie-Claude L. Hanson to set aside the parties' mediated settlement agreement. The Honorable Robert K. Inselmann, Jr., presiding judge of the County Court at Law No. 1, Angelina County, signed the order.

Since the date of the order, the Honorable Joe Lee Register has been elected judge of the County Court at Law No. 1. In an original proceeding under Texas Rule of Appellate Procedure 52 in which a public officer is a party in an official capacity but ceases to hold office before the proceeding is finally disposed of, this Court must abate the proceeding to allow the successor to reconsider the original party's decision. TEX. R. APP. P. 7.2(b). Accordingly,

IT IS HEREBY ORDERED that this original proceeding be, and hereby is, abated for thirty days from the date of this order for Judge Register to reconsider the order of the prior presiding judge.

IT IS FURTHER ORDERED that, after reconsideration, Judge Register shall cause this court to be furnished a certified copy of a written order memorializing his ruling.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 10th day of February 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk